**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 8409
jsc@cogburnlaw.com
LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
lw@cogburnlaw.com
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
  Attorneys for Plaintiff

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNE VICUNA, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC, a foreign corporation<br><br>Defendants. | Case No: 2:13-cv-00442-GMN-NJK<br><br>**MOTION TO SET ASIDE ORDER (#7)**<br><br>**AND ORDER** |

COMES NOW, Plaintiff, Anne Vicuna, by and through her attorney of record, Larson A. Welsh, Esq., with Cogburn Law Offices, and hereby moves this Court for an Order Setting Aside the Order filed by this Court on August 21, 2013 (#7).

This Motion is based upon the attached Memorandum of Points and Authorities and the papers and pleadings on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

In early August 2013, Plaintiff and Defendant reached a settlement in this matter and agreed to file a Notice of Voluntary Dismissal pursuant to FRCP 41(a)(1). Due to a clerical error, oversight and omission by Plaintiff's counsel, the Notice of Voluntary Dismissal with Prejudice was not filed in a timely manner. For this reason, The Court dismissed the case without prejudice

Page 1

pursuant to Rule 4(m). For the reasons set forth herein, Plaintiff files this Motion to set aside the Order (#7) and requests permission to file a Notice of Dismissal with Prejudice, pursuant to FRCP 41(a)(1).

**II.**

**LEGAL ARGUMENT**

This Court has authority to grant the relief requested pursuant to FRCP 60 which states, in the pertinent part, as follows:

> (a) CORRECTIONS BASED ON CLERICAL MISTAKES; OVERSIGHTS AND OMISSIONS. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.
>
> (b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

As stated above, Plaintiff and Defendant agreed to a settlement in early August 2013, prior to the Court dismissing the case pursuant to FRCP 4(m), without prejudice. Plaintiff's counsel however, made a clerical mistake, oversight and omission and failed to file the Notice of Dismissal with Prejudice, as contemplated by the settlement agreement. As such, there is good cause to (1) set aside the Court's Order (#7) dismissing this case without prejudice and (2) to permit Plaintiff to file a Notice of Dismissal with Prejudice, pursuant to FRCP 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

COGBURN LAW OFFICES
2879 St. Rose Parkway., Suite 200
Henderson, Nevada 89052
(702) 384-3616 FAX: (702) 943-1936

## III.

## CONCLUSION

For the foregoing reasons, Plaintiff's Motion to Set Aside the Order dismissing this case without prejudice (#7) should be granted. Furthermore, Plaintiff's request to file a Notice of Dismissal with Prejudice pursuant to FRCP 41(a) should be granted.

Dated this 6th day of September 2013.

COGBURN LAW OFFICES

By: s/ Larson A. Welsh, Esq.
    Jamie S. Cogburn, Esq.
    Nevada State Bar No. 8409
    Larson A. Welsh, Esq.
    Nevada State Bar No. 12517
    2879 St. Rose Parkway, Suite 200
    Henderson, Nevada 89052
    Attorneys for Plaintiff

## ORDER

**THE COURT HAVING READ** the foregoing Motion to Set Aside Order (ECF No. 8) and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Set Aside the Order dismissing this case without prejudice (ECF No. 7) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff shall file a Notice of Voluntary Dismissal with Prejudice **by Monday, March 24, 2014**.

**DATED** this 3rd day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court